USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1549 JUAN M COFIELD, Appellant, v. JOHN O. DESMOND, TRUSTEE, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Juan M. Cofield on brief pro se. _______________ John O. Desmond on brief pro se. _______________ ____________________ October 9, 1996 ____________________ Per Curiam. After carefully reviewing the briefs __________ and the record, we affirm the judgment of the district court for the reasons stated in its Memorandum and Order, dated April 10, 1996. Simply, appellant Juan M. Cofield has no standing to pursue this appeal, having completely failed to show that he is not insolvent. See In re El San Juan Hotel, ___ _______________________ 809 F.2d 151, 154 (1st Cir. 1987). Affirmed. Appellant's motion for sanctions is ________ denied. -2-